Robert E.L. Bonaparte, OSB #883411
Bonaparte & Bonaparte, LLP
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
Facsimile: (503) 294-0015
Email: bob@bb-law.net
   *Attorneys for Plaintiff Nori Bates*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORI BATES,<br><br>                              Plaintiff,<br><br>          v.<br><br>CRESTBROOK INSURANCE COMPANY,<br><br>                              Defendant. | Case No.: 3:21-cv-00659-SI<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

DATED this ____th day of January, 2022.

| BONAPARTE & BONAPARTE, LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: */s/ Robert E.L. Bonaparte*<br>     Robert E.L. Bonaparte, OSB #883411<br>     Phone: 503-242-0005<br>     Email: bob@bb-law.net<br>     *Attorneys for Plaintiff Nori Bates* | By:    */s/ David J. Ryan*<br>     Ronald J. Clark, OSB #880328<br>     Ron.clark@bullivant.com<br>     David J. Ryan, OSB No. 953996<br>     David.ryan@bullivant.com<br>     Bryce J. Adams, OSB No. 132880<br>     Bryce.adams@bullivant.com<br>     Telephone: 503.228.6351<br>      *Attorneys for Defendant Crestbrook Insurance Company* |

Page 1 - STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED this   10th   day of   January  , 2022.

_____
Honorable Michael H. Simon
United States District Court Judge

**Presented by:**

BONAPARTE & BONAPARTE, LLP

By: */s/ Robert E.L. Bonaparte*
    Robert E.L. Bonaparte, OSB #883411
    Phone: 503-242-0005
    Email: bob@bb-law.net
    *Attorneys for Plaintiff Nori Bates*


BULLIVANT HOUSER BAILEY PC

By:   */s/ David J. Ryan*
    Ronald J. Clark, OSB #880328
    Ron.clark@bullivant.com
    David J. Ryan, OSB No. 953996
    David.ryan@bullivant.com
    Bryce J. Adams, OSB No. 132880
    Bryce.adams@bullivant.com
    Telephone: 503.228.6351
    *Attorneys for Defendant Crestbrook Insurance Company*

Page 2 - STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**BONAPARTE & BONAPARTE, LLP**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net